Submitted May 15, affirmed May 18, 1972

STATE OF OREGON, *Respondent, v.* KENNETH L. HILL (No. C-70-11-0414), *Appellant.*

496 P2d 931

Gary D. Babcock, Public Defender, and Ken C. Hadley, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before LANGTRY, Presiding Judge, and FOLEY and FORT, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).